```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
GABRIELLA BASS,
                                              ORDER
                Plaintiff,
                                              20 Civ. 64 (NRB)
        - against -

BARSTOOL SPORTS, INC.,

                Defendant.
---------------------------------X
```

**NAOMI REICE BUCHWALD, District Judge**

IT IS HEREBY ORDERED that the conference previously scheduled for April 6, 2020 will now be held telephonically on **April 9, 2020** at **11:30 am**. Chambers will contact the parties with dial-in instructions.

Dated:   New York, New York
         March 26, 2020

_____
NAOMI REICE BUCHWALD
United States District Judge